No. 1126. GOLDBLATT BROS., INC. *v.* WALLING, WAGE & HOUR ADMINISTRATOR. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the

Seventh Circuit denied. *Abram N. Pritzker* and *Stanford Clinton* for petitioner. *Solicitor General McGrath, William S. Tyson, Bessie Margolin, Morton Liftin* and *Joseph M. Stone* for respondent.